JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF ADAM ORTIZ,<br><br>Applicant. | Case No. CV 15-01265-RSWL (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition, and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: 3/6/2015

*RONALD S.W. LEW*
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE